STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHETHAN JAYARAM SHANKAR, *et al.,* | C 4:22-cv-04040 HSG |
| Plaintiff, | |
| v. | **STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFFS' AMENDED COMPLAINT; ORDER** |
| UR JADDOU, Director, United States Citizenship and Immigration Services, | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

On July 11, 2022, Plaintiffs filed this Complaint challenging Defendant U.S. Citizenship and Immigration Services' ("USCIS") adjudication of their Forms I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. On August 19, 2022, Plaintiffs filed a Motion for Preliminary Injunction. Dkt. No. 9. On August 24, 2022, Defendant notified Plaintiffs that USCIS had issued Requests for Evidence ("RFE") on Plaintiffs' I-485 applications. On September 1, 2022, Plaintiffs withdrew their Motion for Preliminary Injunction. Dkt. No. 13.

The parties have conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiffs' amended complaint. The parties have agreed to the following schedule, subject to the Court's approval:

    1.    By October 28, 2022, Plaintiffs will file an amended complaint.

Stip to Proposed Schedule
C 4:22-cv-04040 HSG

2. By December 1, 2022, Defendant will file their response to Plaintiff's amended complaint.

The parties respectfully request that the Court adopt the above-proposed schedule and enter a scheduling order reflecting the same.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: October 27, 2022                                   Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 26, 2022

 */s/ Bernard P. Wolfsdorf*
BERNARD P.  WOLFSDORF
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The following schedule shall apply:

October 28, 2022             Plaintiffs' Amended Complaint

December 1, 2022             Defendant's Response


Date:   10/27/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

Stip to Proposed Schedule
C 4:22-cv-04040 HSG